■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN ROHAN, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered June 30, 1983, convicting him of burglary in the third degree and possession of burglar's tools, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was for the suppression of his statement to law enforcement authorities.

Ordered that the judgment is affirmed.

We agree with the hearing court's refusal to suppress a custodial statement which was made by the defendant spontaneously and not in response to any police interrogation *(see, People v Bretts,* 111 AD2d 864; *cf. People v Ferro,* 63 NY2d 316).

The proof of the defendant's guilt was overwhelming and uncontroverted and we reject his contention that any errors occurred during the trial which require reversal. Mollen, P. J., Thompson, Eiber and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY SMITH, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered June 26, 1984, convicting him of robbery in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The prosecutor's summation diverged from the confines of the evidence adduced at trial in certain minor respects. These inaccuracies were, however, so inconsequential as to be harmless as a matter of law, and a new trial is therefore not warranted *(see generally, People v Roopchand,* 65 NY2d 837, *affd* 107 AD2d 35; *People v Galloway,* 54 NY2d 396). We would further note that the trial court issued curative instructions to the effect that the jury's recollection of the evidence should prevail. Mollen, P. J., Thompson, Eiber and Spatt, JJ., concur.